Christian F. Koch and .Others, Respondents, v. Sali Rubin and Another, Defendants, and Carl Weinberg, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Kraeuter & Company, Incorporated, Respondent, v. Iron Clad Manufacturing Company, Appellant. (Action No. 2.) — Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Mary Lahey, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

George J. Linnert, Respondent, v. Fred Lear and Others, Appellants.— Motion to dismiss appeal granted, .with costs.· Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

John M. Moe, Respondent, v. Thomas McNally Company, Appellant.— Motion for resettlement of order granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ. Settle order before Thomas, J. ·

Walter E. Morson, Doing Business, etc., Respondent, v. Martha Hoch, Appellant.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Bridget Prendergast, Appellant, v. Supreme Council, Royal Arcanum, Respondent.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ. ·

Moses Schwartz and Others, Appellants, v. Sarah Cohen, Respondent.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court· for argument. On compliance, the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Louis Seidenstein, Respondent, v. Samuel .Kelsen and Another, Appellants.— No merit is claimed on the appeal herein. The motion to dismiss is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Ida Siet, Respondent, v. Columbia Outfitting Company, Appellant.— Motion · to dismiss appeal granted, with costs, unless the appeal is perfected and the case